## STATE OF CONNECTICUT *v.* ROGER MIKE
## (AC 20157)

Foti, Spear and O'Connell, Js.

Argued March 21—officially released April 17, 2001

Per Curiam. The judgment is affirmed.

## STATE OF CONNECTICUT *v.* GEORGETTE TRELA
## (AC 21042)

Lavery, C. J., and Mihalakos and Flynn, Js.

Argued March 22—officially released April 17, 2001

Per Curiam. The judgment is affirmed.

## MAXIME HILL *v.* COMMISSIONER OF CORRECTION
## (AC 19728)

Lavery, C. J., and Mihalakos and Flynn, Js.

Argued March 22—officially released April 17, 2001

Per Curiam. The judgment is affirmed.

## SQUILLANTE ENTERPRISES, INC. *v.* JOZEF JUCK
## (AC 20976)

Lavery, C. J., and Foti and Healey, Js.

Argued March 26—officially released April 17, 2001

Per Curiam. The judgment is affirmed.